Karl A. Schweikert (SBN 291497)
Sutterville Law Group
455 Capitol Mall, Ste 220
Sacramento, CA 95814
916.712.5888
Email: karl@suttervillelawgroup.com
*Counsel for PAUL THOMAS, ANZEN LEGAL GROUP, KEVIN M. STRAIT, ESQ.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ABOA, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL THOMAS, KEVIN M. STRAIT, ESQ., ANZEN LEGAL GROUP, MARK JENKINS, STACY SMITH, AND BILL HARRIS,<br><br>  Defendant. | Case No. 2:22-CV-01381-KJM-DB<br><br>STIPULATION TO CONTINUE HEARING AND RESCHEDULE JOINT STATUS REPORT AND ORDER<br><br>Next Hearing: Status (Pretrial Conf.) Conf.<br>Date:   November 4, 2022<br>Time:   10:00 AM<br>Judge:  Hon. K. Mueller<br>Courtroom: 3<br><br>Action Filed: August 2, 2022 |

## **INTRODUCTION**

The Parties have engaged in serious settlement discussions and a draft agreement is circulating. To promote settlement, the Parties have stipulated below to seek leave of this Court to reschedule the dates associated with the Court's order of September 21, 2022 (ECF 20) as follows:

1) Joint Status Report – Currently October 21, 2022, reschedule to November 25, 2022;
2) Motion to Dismiss – Currently November 4, 2022, reschedule to December 9, 2022;
3) Motion for Writ of Possession – Currently November 4, 2022, reschedule to December 9, 2022;
4) Motion for Leave to File without Local Counsel – Currently November 4, 2022, reschedule to December 9, 2022.
5) Status (Pretrial Scheduling) Conference – Currently November 4, 2022, reschedule to December 9, 2022.

The Parties hereby stipulate and agree to seek this Court's order rescheduling the upcoming hearings and Joint Status Report upon the schedule above, or any other schedule acceptable to the Court.

Representing ABOA, LLC

/s/ Henry Klein (as authorized on October 21, 2022)
Henry Klein, Esq. (PHV)

Representing Paul Thomas, Anzen Legal Group, Kevin Strait

/s/ Karl A. Schweikert
Karl A. Schweikert, Esq.

ORDER

IT IS SO ORDERED.

DATED: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE