UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOA, LLC, | No. 2:22-cv-01381-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Paul Thomas et al., | |
| Defendants. | |

This matter is before the court on the motion to dismiss by defendants Kevin Strait and Anzen Legal Group, defendant/counterclaimant Paul Thomas's motion for writ of possession, and plaintiff/counterclaim defendant ABOA's motion for leave to file pleadings without local counsel. The parties filed a stipulated request to continue the hearings on the above matters and reschedule the deadline to submit a joint status report, ECF No. 25, and the court granted their request, ECF No. 26; *see* E.D. Cal. L.R. 143.

At the same time, the court notes that according to one filing by ABOA, the relationship between the plaintiff's pro hac vice counsel and local counsel "soured" and caused ABOA "to move to proceed without local counsel." Reply Mot. Leave at 2, ECF No. 17. In the absence of a local designee, ABOA's pro hac vice counsel may not maintain his pro hac vice admission in this case. Under Local Rule 180(b)(2)(ii), an attorney appearing pro hac vice must designate "a member of the Bar of this Court with whom the Court and opposing counsel may readily

1

communicate regarding that attorney's conduct of the action and upon whom service shall be made."

The court directs ABOA to notify the court regarding the status of the plaintiff's local counsel **within 7 days of the filed date of this order**. If Daniel Linhardt is no longer the designated local counsel, the plaintiff is directed to designate local counsel **within 14 days of the filed date of this order**.

IT IS SO ORDERED.

DATED: November 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE