UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOA, LLC, | No. 2:22-cv-01381-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Paul Thomas et al., | |
| Defendants. | |

This matter is before the court on various motions regarding an aircraft lease agreement. *See generally* Compl, ECF No. 1.  On September 9, 2022, plaintiff ABOA, LLC's pro hac vice attorney, Henry Klein, filed a defective motion for leave to file pleadings without local counsel, which did not comply with this District's local rules or this court's standing order.  ECF No. 15. ABOA's local counsel, Daniel Linhardt, has not requested to withdraw.  Mr. Klein then filed an ex parte motion, which, again, did not comply with the local rules or this court's standing order. ECF No. 28.  On November 1, 2022, the court directed ABOA to notify the court regarding the status of ABOA's local counsel and to designate new local counsel if Mr. Linhardt is no longer serving as local counsel.  Prior Order (Nov. 1, 2022), ECF No. 27.  Mr. Klein responded to the court's order, but the response did not clarify the status of local counsel.  ECF No. 31.  It stated vaguely that local counsel "owes an obligation to ABOA . . . not to withdraw." *Id.* at 1.  The next day, Mr. Klein filed two unauthorized supplemental responses, ECF Nos. 33, 34, which requested

1

"limited relief pursuant to 28 U.S.C. § 1651(a), the federal All-Writs Act" to proceed without local counsel because "[t]here is nothing for local counsel to do."  ECF No. 33 at 1, 3.  On November 16, 2022, Joseph Abrams filed a notice of appearance on behalf of ABOA.  ECF No. 41.  That notice complied with neither the local rule on substitution of attorneys, E.D. Cal. L.R. 182(g), nor the local rule on formal notice of association of counsel, E.D. Cal. L.R. 182(i).

Mr. Klein and Mr. Linhardt shall appear in person at hearing on December 9, 2022.  *See* Min. Order, ECF No. 26.  Mr. Abrams may appear as an attorney of record in accordance with Local Rule 182(a)(2)(iii), if he does, he must also appear in person at hearing on December 9, 2022.  Counsel must be prepared to confirm unambiguously at the hearing who is appearing on behalf of ABOA in this action, including who is serving as local counsel.

Mr. Klein's many unauthorized, confusing, and misleading filings have complicated this case unnecessarily, and wasted the court's and the parties' time.  Mr. Klein is ordered to show cause at hearing on December 9, 2022 why sanctions should not be imposed under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and this court's inherent authority, including monetary sanctions of $500, revocation of Mr. Klein's pro hac vice admission, and/or terminating sanctions.

IT IS SO ORDERED.

DATED:  November 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE