UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOA, LLC, | No. 2:22-cv-1381 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| PAUL THOMAS, et al., | |
| Defendants. | |

On November 8, defendant filed a motion for default judgment and noticed the matter for hearing before the undersigned on December 16, 2022, pursuant to Local Rule 302(c)(19). (ECF No. 30.) On November 14, 2022, plaintiff—through counsel Henry Klein—filed a motion to vacate the Clerk's entry of default. (ECF No. 36.) Plaintiff improperly noticed that motion for hearing before the undersigned. Plaintiff's counsel was instructed to re-notice the motion for hearing before the assigned District Judge but has not. (ECF No. 38.)

On December 9, 2022, the assigned District Judge revoked attorney Klein's Pro Hac Vice status and granted plaintiff fourteen days to identify new counsel. (ECF No. 52.) Given the unresolved state of plaintiff's representation, defendant's motion for default judgment will be denied without prejudice to renewal.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's November 8, 2022 motion for default judgment (ECF No. 30) is denied without prejudice to renewal[1]; and

2. The December 16, 2022 hearing of defendant's motion is vacated.

Dated:  December 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\aboa1381.mdj.den.ord

---

[1] Defendant may re-notice the motion for hearing before the undersigned after the issue of plaintiff's representation is resolved.