UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABOA, LLC, | No. 2:22-CV-01381-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Paul Thomas, et al., | |
| Defendants. | |

The court revoked Henry Klein's pro hac vice status during a motion hearing on December 9, 2022. *See* Mins. Hr'g, ECF No. 52; *see also* Prior Order, ECF No. 56. The court has become aware of Mr. Klein's representation in another case in this District. *See* Clerk's Notice, *Zatarah v. United States*, No. 22-1474 (E.D. Cal. Dec. 13, 2022), ECF No. 25 (removing Mr. Klein's e-filing access for neither being admitted to practice in the Eastern District of California nor being approved to file pro hac vice).

The Clerk of the Court is directed to refer all pending and future pro hac vice applications and/or requests for admission in the Eastern District of California by Henry Klein to Chief Judge Kimberly Mueller.

IT IS SO ORDERED.

DATED: January 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE