Galen M. Gentry, SBN 308873
HUGHEY GENTRY, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
ggentry@hugheygentry.com

Attorneys for Plaintiff and Counter-Defendant
Affordable Builders of America, Inc. f/k/a ABOA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABOA, LLC, | Case No. 2:22-CV-01381-KJM-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO AMEND CAPTION** |
| PAUL THOMAS, KEVIN M. STRAIT, ESQ., ANZEN LEGAL GROUP, MARK JENKINS, STACY SMITH, AND BILL HARRIS, | |
| Defendants. | |
| PAUL THOMAS, | |
| Counterclaimant, | |
| v. | |
| ABOA, LLC, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant ABOA, LLC ("Plaintiff") and Defendant/Counterclaimant Paul Thomas ("Defendant") hereby stipulate to an amendment of the caption of the above-entitled matter to reflect the entity conversion of Plaintiff from an Arizona limited liability company named ABOA, LLC to an Arizona corporation named Affordable Builders of America, Inc.

WHEREAS, on April 16, 2019, Plaintiff filed its Articles of Organization with the Arizona

Corporations Commission;

WHEREAS, on August 4, 2022, Plaintiff filed its Complaint against Defendant, thereby initiating the instant proceeding (Docket No. 1);

WHEREAS, on August 12, 2022, Plaintiff filed its First Amended Complaint against Defendant, among others (Docket No. 6);

WHEREAS, on September 2, 2022, Defendant filed its Answer and Counterclaim against Plaintiff (Docket No. 9);

WHEREAS, on September 2, 2022, defendants Anzen Legal Group and Kevin Strait filed a motion to dismiss the First Amended Complaint (Docket No. 10), which was later granted in its entirety on December 15, 2022 (Docket No. 59);

WHEREAS, on September 7, 2022, Plaintiff filed its Rule 41 Dismissal of All Claims against defendants Mark Jenkins, Stacy Smith and William Harris (Docket No. 13);

WHEREAS, Plaintiff and Defendant are the only remaining parties to this proceeding at this time;

WHEREAS, on September 7, 2022, Plaintiff filed Articles of Incorporation with the Arizona Corporations Commission thereby incorporating the entity named Affordable Builders of America, Inc. as an Arizona corporation;

WHEREAS, on September 7, 2022, Plaintiff filed a Statement of Conversion with the Arizona Corporation Commission to convert from an Arizona limited liability company named ABOA, LLC to an Arizona corporation named Affordable Builders of America, Inc.;

WHEREAS, in its Amended Order entered on December 16, 2022 (Docket No. 16), the Court took judicial notice of those certain Arizona Corporations Commission records reflecting Plaintiff's conversion from an Arizona limited liability named ABOA, LLC to an Arizona corporation named Affordable Builders of America, Inc.;

WHEREAS, the parties agree that complete diversity of citizenship among the parties to this proceeding shall not be affected by Plaintiff's conversion from an Arizona limited liability company to an Arizona corporation and the Court shall continue to have the subject matter jurisdiction to adjudicate this proceeding under 28 U.S.C §1332; and

WHEREAS, the parties agree that it is necessary and appropriate that the caption in this case be amended to correctly reflect that Plaintiff has been converted from an Arizona limited liability company named ABOA, LLC to an Arizona corporation named Affordable Builders of America, Inc.

NOW, THEREFORE, the parties hereby stipulate and agree that Plaintiff's name as it appears in the caption in this matter should be corrected to state Plaintiff's correct legal name: Affordable Builders of America, Inc.

HUGHEY GENTRY, LLP

Date: February 10, 2023         /s/    Galen M. Gentry
                                Galen M. Gentry
                                Attorney for Plaintiff and Counter-Defendant

SUTTERVILLE LAW GROUP

Date: February 10, 2023         /s/ Karl A. Schweikert
                                Karl A. Schweikert
                                Attorney for Defendant and Counterclaimant

**ORDER UPON STIPULATION:**

In accordance with the parties' stipulation to amend the caption of the above-entitled matter to reflect the entity conversion and name change of plaintiff from ABOA, LLC to Affordable Builders of America, Inc. and good cause appearing, the court hereby orders that plaintiff shall be renamed Affordable Builders of America, Inc. in the caption of this matter.

IT IS SO ORDERED.

DATED: February 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE