UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AFFORDABLE BUILDERS OF AMERICA, INC., | No. 2:22-cv-1381 KJM DB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PAUL THOMAS, et al., | |
| Defendants. | |

On February 1, 2023, defendant Paul Thomas filed a renewed motion for default judgment and noticed the matter for hearing before the undersigned on March 10, 2023, pursuant to Local Rule 302(c)(19). (ECF No. 30.) On February 15, 2023, plaintiff filed a motion to set aside the Clerk's entry of default and also noticed the motion for hearing before the undersigned on March 10, 2023. (ECF No. 77.)

On March 1, 2023, defendant filed an opposition to plaintiff's motion to set aside. (ECF No. 79.) Therein, defendant argued that plaintiff noticed the motion for hearing on less than 35 days' notice in violation of Local Rule 230 and that the Local Rules do not refer motions to set aside to the assigned Magistrate Judge. (ECF No. 79 at 2.) However, on March 8, 2023, the assigned District Judge issued an order referring plaintiff's motion to set aside to the undersigned.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 10, 2023 hearing of defendant's renewed motion for default judgment (ECF No. 69) and plaintiff's motion to set aside entry of default (ECF No. 77) is continued to **Friday, April 7, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

2. Within fourteen days of the date of this order the parties shall meet and confer as outlined in the assigned District Judge's August 4, 2022 order (ECF No. 4-1 at 3); and

3. On or before **March 31, 2023**, the parties shall file a supplemental Joint Statement that does not exceed 30 pages in support of the parties' arguments.

Dated:  March 8, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\aboa1381.mdj.cont.ord

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.