UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFORDABLE BUILDERS OF AMERICA, INC., | No. 2:22-cv-1381 KJM DB |
| Plaintiff, | ORDER |
| v. | |
| PAUL THOMAS, et al., | |
| Defendants. | |

On February 1, 2023, defendant Paul Thomas filed a renewed motion for default judgment and noticed the matter for hearing before the undersigned on March 10, 2023, pursuant to Local Rule 302(c)(19). (ECF No. 30.) On February 15, 2023, plaintiff filed a motion to set aside the Clerk's entry of default and also noticed the motion for hearing before the undersigned on March 10, 2023. (ECF No. 77.)

On March 1, 2023, defendant filed an opposition to plaintiff's motion to set aside. (ECF No. 79.) Therein, defendant argued that plaintiff noticed the motion for hearing on less than 35 days' notice in violation of Local Rule 230 and that the Local Rules do not refer motions to set aside to the assigned Magistrate Judge. (ECF No. 79 at 2.) However, on March 8, 2023, the assigned District Judge issued an order referring plaintiff's motion to set aside to the undersigned.

////

Accordingly, on March 9, 2023, the undersigned issued an order continuing the hearing of the parties' motions and ordering the parties to file "a supplemental Joint Statement . . . in support of the parties' arguments." (ECF No. 82 at 2.) On May 1, 2023, the parties responded to the March 9, 2023 order by filing an "updated joint status report," that asserts that the next hearing in this matter before the undersigned is a "Status (Pretrial Conf.) Conf" on May 12, 2023. (ECF No. 92 at 1.)

However, the only matters to be heard before the undersigned on May 12, 2023, are the defendant's renewed motion for default judgment and plaintiff's motion to set aside entry of default judgment. (ECF No. 84.) Because of the unusual posture in which those motions were briefed the undersigned ordered the parties to file a supplemental Joint Statement addressing their respective arguments in support of those motions. The parties' updated joint status report does not address those argument. Instead, the document is primarily concerned with case management and scheduling.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 12, 2023 hearing of defendant's renewed motion for default judgment (ECF No. 69) and plaintiff's motion to set aside entry of default (ECF No. 77) is continued to **Friday, June 9, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1]; and.

////

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

2. On or before **June 2, 2023**, the parties shall file a supplemental Joint Statement that does not exceed 30 pages solely in support of the parties' arguments with respect to defendant's renewed motion for default judgment and plaintiff's motion to set aside entry of default. In this regard, each party shall state their arguments in support, as well as a statement of opposition or non-opposition for each motion.

Dated:  May 8, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\aboa1381.mdj.cont2.ord

3