UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Affordable Builders of America, Inc, | No. 2:22-CV-01381-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Paul Thomas, et al., | |
| Defendants. | |

The court has carefully reviewed defendant Paul Thomas's ex parte application and supporting declaration. *See* ECF No. 91. Plaintiff has not filed an opposition within the deadline set by this court's Civil Standing Order. Good cause appearing, the court **grants** defendant's request and **amends** its December 16, 2022 Order, ECF No. 61, to name the U.S. Marshals Service as the levying officer.

The Clerk of Court is **directed to issue an amended Writ of Possession**, ECF No. 62, to name the **U.S. Marshals Service for the Eastern District of California** as the levying officer. All references to ABOA, LLC within the writ shall be amended to reflect the updated caption in this case.

This order resolves ECF No. 91.

IT IS SO ORDERED.

DATED:  May 8, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1