UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Affordable Builders of America, Inc, | No. 2:22-CV-01381-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Paul Thomas, et al., | |
| Defendants. | |

The court has carefully reviewed the parties' stipulated request for an order amending the amended writ of possession. ECF No. 106. The court has already issued an amended writ of possession authorizing the U.S. Marshals Service to enter the properties in question and levy upon and retain the aircraft at issue, including all its equipment and parts. ECF No. 100. The court finds an additional amendment to the writ authorizing the U.S. Marshals Service to search the property for any missing aircraft parts and to use force if deemed necessary would be redundant. Accordingly, the court **denies** the stipulated request at ECF No. 106.

IT IS SO ORDERED.

DATED: June 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1